# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1086
Lower Tribunal No. 25-72559-CC-26
_____

**Ruthie Ann Dowdell**,
Appellant,

vs.

**Cassandra Dye**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Christopher Green, Judge.

Ruthie Ann Dowdell, in proper person.

Cassandra Dye, in proper person.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.